UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | Case No.: 14-01991 |
| | ) | |
| PHYLLIS SHILISHA HINTON, JR., | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

## OBJECTION TO COMFIRMATION

Vanderbilt Mortgage and Finance, Inc. ("Vanderbilt"), as secured creditor herein, objects to Debtor's Modified Chapter 13 Plan dated April 14, 2014 on the following grounds:

1. Vanderbilt holds a claim secured by certain real property commonly known and numbered as 11119 South Eggleston Avenue, Chicago, Illinois 60628 (the "Property"). The current payoff is approximately $117,246.36.

2. The Modified Chapter 13 Plan dated April 14, 2014 does not allow for payment of the pre-petition arrearages owed to Vanderbilt by the Chapter 13 Trustee. However, pre-petition arrearages exist in the amount of $2,356.35.

WHEREFORE, Vanderbilt Mortgage and Finance, Inc. respectfully requests that the Court deny confirmation of the Plan.

                                                */S/David G. Wasinger*
                                                David G. Wasinger, IlBar #06200269
                                                James S. Cole, IlBar #06314940
                                                THE WASINGER LAW GROUP, P.C.
                                                Magna Place, Suite 875
                                                1401 S. Brentwood Blvd.
                                                St. Louis, MO 63144
                                                (314) 961-0400
                                                (314) 961-2726 FAX
                                                Vanderbilt Mortgage and Finance, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically upon the the U.S. Trustee, according to the Court's electronic notice procedures, and that a further copy was mailed by U.S. Mail, postage prepaid, this 1st day of May, 2014, to:

Steven S. Camp, Esq., Attorney for Debtor
Geraci Law L.L.C.
55 East Monroe Street, Suite 3400
Chicago, Illinois 60603

Tom Vaughn, Trustee
55 East Monroe Street, Suite 3850
Chicago, Illinois 60603

Phyllis Shilisha Hinton, Jr.
11119 South Eggleston Avenue
Chicago, Illinois 60628

/S/David G. Wasinger

L:\Vanderbilt.FIL\Hinton.647\2014.bankruptcy\obj.confirmation.wpd\srl\32315-647